U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Efrain Hernandez #155161 | 303cv620 RNC DFM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| C.T.K. Carnes (employee) | Civil Action 1983 Complaint |

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Connecticut Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

24 Wolcott Hill Rd
Weathersfield C.T. 06382

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Efrain Hernandez #155161
Corrigan Corr Inst
986 Norwich N.C.T.P.K
Uncasville C.T. 06382

| Number of process to be served with this Form - 285 | 1 Official Capacity |
| Number of parties to be served in this case | 1 Official Capacity |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Civil Action 1983 - Violation due Process Rights

Forward to Serve At

Attorney Generals Office
55 Elm Street
Hartford C.T. 06105.

IFP/INP Cap

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Clerks office

TELEPHONE NUMBER: 203-579-5861
DATE: 8/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.L.W. | 9/3/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy
G.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Mailed - 9/3/03
Returned - 10/10/03 - Unexecuted

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Efrain Hernandez #155161 | 3:03cv620 RNC-DFM |
| DEFENDANT | TYPE OF PROCESS |
| L.T. R. Rochefort. (employee) | Civil Action 1983 Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Connecticut Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
24 Wolcott Hill Rd
Weathersfield CT 06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Efrain Hernandez #155161
Corrigan Corr Inst
986 Norwich N.L.T.P.K
Uncasville C.T. 06382

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

Individual Capacity (x'd out)
Individual Capacity (x'd out)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Civil Action 1983 violation Due Process rights

Forward to Serve At: Attorney Generals Office
55 Elm Street
Hartford CT 06105

Ipp/ind Cap

Signature of Attorney or other Originator requesting service on behalf of:
Clerks Office
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 203-579-5861
DATE: 8/19/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 9/3/03 |
|---|---|---|---|---|---|
| | 1 | | | W.L.W. | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
Mailed - 9/3/03
Returned - 10/10/03 - Unexecuted

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Efrain Hernandez #155161
COURT CASE NUMBER: 3:03cv620 RNC DFM
DEFENDANT: L.T. Talo (employee)
TYPE OF PROCESS: Civil Action 1983 Complaint

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Connecticut Department of Corrections

ADDRESS: 24 Wolcott Hill Rd, Weathersfield CT 06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Efrain Hernandez #155161
Corrigan Corr Inst
986 Norwich N.L. T.P.K
Uncasville CT 06382

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.:

Individual Capacity
Individual Capacity

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Civil Action 1983 Violation of Due Process Rights
Forward to Serve At: Attorney General Office, 55 Elm Street, Hartford CT 06105.

Signature of Attorney or other Originator requesting service on behalf of: Clerks Office
☑ PLAINTIFF
TELEPHONE NUMBER: 203-579-5861
DATE: 8/19/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: G.L.W
Date: 9/3/03

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS:
Mailed - 9/3/03
Returned - 10/10/03 Unexecuted

PRIOR EDITIONS MAY BE USED       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)