| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Efrain Hernandez | COURT CASE NUMBER<br>3:03cv620 RNC DFM |
|---|---|
| DEFENDANT<br>John Armstrong Commissioner of Corr | TYPE OF PROCESS<br>Civil Action 1983 Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Connecticut Department of Corrections All Defendants |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>24 Wolcott Hill Rd<br>Weathersfield CT 06109<br>c/o Attorney Generals office<br>55 Elm Street, HTFD, CT 06105 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Efrain Hernandez #155161
Corrigan Corr Inst
986 Norwich N.L. T.P.K
Uncasville CT 06382

| Number of process to be served with this Form - 285 | 1 Individual Capacity |
| Number of parties to be served in this case | 1 Individual Capacity |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Civil Action 1983. Violation Due Process Rights

Forward Attorney Generals Office
to Serve 55 Elm Street
at Hartford CT 06105

IFP / Official Capacity

| Signature of Attorney or other Originator requesting service on behalf of:<br>Clerks office | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>203-579-5861 | DATE<br>8/18/03 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/3/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Asst. A.G. D'Huria (Sec)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/10/03   Time: 11:30 am

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.— | Total Mileage Charges (including endeavors)<br>0 | Forwarding Fee<br>3.00 | Total Charges<br>48.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: