FILED

2003 NOV -4  P 12: 04

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT CT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | PRISONER |
| | : | NO. 3:03CV620(RNC)(DFM) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 29, 2003 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in addition to any appearance already on file in regards to the above-captioned case.

Dated at Hartford, Connecticut, this 29th day of October, 2003.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY. _____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: terrence.oneill@po.state.ct.us