UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -8  P 2: 39

DISTRICT COURT

EFRAIN HERNANDEZ,
    Plaintiff,

v.

JOHN J. ARMSTRONG, ET AL.,
    Defendants.

CASE NO. 3:03CV620 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_X_    For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_X_    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___    To supervise discovery and resolve discovery disputes;

___    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_    To conduct settlement conferences:

___    To assist the parties in preparing a joint trial memorandum;

___    A ruling on the following pending motions:

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this ___ day of February 2005.

Robert N. Chatigny
United States District Judge