UNITED STATES DISTRICT COURT
DISTRICT OF CONN.

Efrain Hernandez # 155161
    Plaintiff
        (vs)

John Armstrong, Commissioner of Correction; et. al;
    (Respondent)

FILED
Case No: 3:03CV620
2005 JUN 15 A 11:21
Date: 5-31-05
DISTRICT COURT
HRTD. CT.

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT:

Pursuant to Rule 56 of the Fed. R. Civ. P., the Plaintiff in custody, Efrain Hernandez, # 155161, requests this Court to grant him Summary Judgement, as to the liability of defendants John Armstrong; Lt. Carnes, Lt. R. Rochefort, and Lt. Tolo, for damages to the plaintiff for the denial to the Plaintiff of the Due Process of Law and applicable Equal Protections, in their acts individual and collective being violations set forth in the record previous.

The reasons for the motion therefore are set forth in the Plaintiff's affidavit and brief in support attached hereunto.

Dated 5-31-05
Efrain Hernandez  155161
986 Norwich New London Tpk
Uncasville, CT. 06382