UNITED STATES DISTRICT COURT
DISTRICT OF CONN.

Efrain Hernandez #155161
  Plaintiff
(vs)

Case No. 3:03CV620

FILED
2005 JUN 15 A 11:21
DISTRICT COURT
HARTFORD, CT.

5·31·05

John Armstrong, Commissioner of Corrections; et.al.
(Respondent)

## Statement of Undisputed Facts

Pursuant to Rule 56 of this Court's Civil Rules, the plaintiff submits the following list of undisputed facts that entitle him to partial summary judgement on his claim of denial of due process of law.

1.) The plaintiff was charged by prison officials with the serious disciplinary offense of assault. (See EXHIBITS A AND B.)

2) The defendant sat in segregation for 10 days before he was given a copy of a disciplinary report dated 8·10·95

3) The disciplinary report was given (report # RCC9508043) Class A - Assault. Incident date (7·30·95), report date (8·10·95), signed by Lt. K. Cornes (who did not observe anything). (See EXHIBIT B)

4) On the same day, 8·10·95, the plaintiff was brought to a Disciplinary Hearing.

5.) During the hearing plaintiff tried to explain to Lt. Rockeforty the hearing officer, that he (the plaintiff) had just received the ticket, but plaintiff was cut off in midsentence.

## STATEMENT OF UNDISPUTED FACTS

Continue 2

6.) After being cut off in midsentence, Plaintiff was told if Plaintiff were to cop out to the disciplinary report he would immediately be transferred, but if I did not cop out to the D.R. I would not be transferred and would have to be released to general population.

7.) After the hearing officer accepted my plea, and when the plaintiff was told to sign the D.R, the hearing officer handed the Plaintiff a turned over copy of a disciplinary report which I couldn't see. And he signed it. (SEE EXHIBIT B)

8.) After the Plaintiff completed his segregation time he was transferred.

9.) When the Plaintiff got to Northern C.I., he filed a habeas due to all the Due process violations at the disciplinary hearing.

10.) The habeas was given 96-2171 number, the court and attorney General Madeline Melchionne ordered D.O.C to give me a new hearing on the 8-10-95 disciplinary report.

11.) On 1-9-03 I received a new hearing and LT. Ramsey, the hearing officer, agreed that due process violations had occurred and dismissed the 8-10-95 disciplinary report. (see EXHIBIT D)

STATEMENT OF UNDISPUTED FACTS

Continue 3

12.) Per D.O.C directive here are a few of the violations which cannot be disputable and did occurred:

1. I was not given 24 hours to prepare for a defense.
2. Ticket was not investigated.
3. I wasn't given the opportunity to pick an advocate, or any witnesses.
4. Contradicting documents.
5. No record of hearing or investigation.
6. Coercion by D.H.O.
7. No signature on D.R., the Plaintiff copied out to.
8. Second Disciplinary for same incident was written, signed by delivery officer but was never delivered.

(See EXHIBIT F-H.)
(also see reverse side of EXHIBIT D)

5·31·05

*Efrain Hernandez*
Efrain Hernandez 155161

Radgowski C.I.
986 Norwich New-London Tpk.
Uncasville, CT. 06382