# Disciplinary Report
## Connecticut Department of Correction

| | | |
|---|---|---|
| Unit: Corrigan CI | Report date 7/30/95 | Report no. 9507191 |
| Inmate name: Hernandez, Efrain | I.D. no. 155161 | Housing G-226 |
| Location: G-Pod Dayroom | Incident date 7/30/95 | Time 950 ☐ a.m. ☒ p.m. |
| Charge: Assault | | Class A |

**Description of violation:** On the above date and time I observed inmate Hernandez #155161 approached inmate Montanez #202346 with what appeared to be a metal object, approximately 6" in length and sharpened at one end. He had the object in his right hand and struck inmate Montanez in the chest on two occasions and in the neck. Upon questioning, Hernandez admitted to stabbing Montanez and anyone who was around.

**Witness(es):** C/O Smith K
C/O Claudio

**Physical evidence:** Metal object approximately 6" in length sharpened at one end, silver in color.
* State police as evidence

Reporting employee: Pompi
Title: Lieutenant
Date: 7.30.95   Time: 10:30 ☐ a.m. ☒ p.m.
Employee requests copy: ☐ yes ☒ no

### CUSTODY SUPERVISOR/UNIT MANAGER REVIEW

☒ Administrative detention
☐ Interview accused
☐ Informal disposition

Date: 7.30.95   Time: 11:30 ☐ a.m. ☒ p.m.

Custody supervisor/unit manager signature: _____
Title: _____
Date: 8/31/95   Time: 3:00 ☒ a.m. ☐ p.m.

### INMATE NOTICE

Delivered by: _____
Title: _____
Date: 7/31/95   Time: ___ ☐ a.m. ☐ p.m.

(EXHIBIT B) **Disciplinary Report - Page 1** (EXHIBIT B)   CN 950: 1-10-94
Connecticut Department of Correction

| | | |
|---|---|---|
| Unit CORRIGAN C.I. | Report date 8/10/95 | Report no. RCC9508043 |
| Inmate name HERNANDEZ, EFRAIN | I.D. no. 155161 | Housing S.M.D.-W105 |
| Location G-POD | Incident date 7/30/95 | Time 9:45 ☐ a.m. ☒ p.m. |
| Charge ASSAULT | | Class A |

**Description of violation:** ON SUNDAY 7/30/95, LT. POMPI WITNESSED INMATE HERNANDEZ, E. #155161, STAB ANOTHER INMATE IN HIS UPPER BODY AT ABOUT 9:45 PM IN G-POD AS HE RESPONDED TO A CODE. HERNANDEZ USED A 6" METAL OBJECT TO INTENTIONALLY ASSAULT OTHER PERSONS.

INMATE HERNANDEZ ADMITTED STABBING SEVERAL INMATES IN G-POD ON THE ABOVE TIME AND DATE TO ME DURING AN INTERVIEW ON 8/8/95.

**Witness(es):** LT. J. POMPI

**Physical evidence:** CONFIDENTIAL → SEE CAPT. GEMMELL

| | | |
|---|---|---|
| Reporting employee K. CARNES | Employee requests copy ☐ yes ☐ no | |
| Title LIEUTENANT | Date 8/10/95 | Time 8:30 ☒ a.m. ☐ p.m. |

**CUSTODY SUPERVISOR/UNIT MANAGER REVIEW**

| | | |
|---|---|---|
| ☒ Administrative detention | Date 7/30/95 | Time 10:00 ☐ a.m. ☒ p.m. |
| ☐ Interview accused | ☐ Informal disposition | |
| Custody supervisor/unit manager signature [signature] | | |
| Title LIEUTENANT | Date 8/10/95 | Time 8:45 ☒ a.m. ☐ p.m. |

**INMATE NOTICE**

| | | |
|---|---|---|
| Delivered by E. Waido | | |
| Title Correctional Officer | Date 8/10/95 | Time 945 ☒ a.m. ☐ p.m. |

(EXHIBIT C) EXHIBIT C1

# Disciplinary Process Summary Report - Page 1
## Connecticut Department of Correction

CN 9504
1-14-94

| Unit CORRIGAN | Report no. DOC9508043 | Report date 8/10/95 | Hearing date 8/10 |
|---|---|---|---|
| Inmate name HERNANDEZ | | ID no. 155161 | Housing SMU |
| Reporting employee CARNES | | Title Lt | |
| Investigator KITTREDGE | | Advocate N/A | |
| Inmate appearance ☐ yes ☐ no | | Reason | |

| ☐ Suspended sentence | | | |
|---|---|---|---|
| ☐ Deferred prosecution | No. of days | Through | |
| ☐ Charge dismissed | By | | Reason |

Continuances (dates and reasons): until 8-3-95 (per further investigation) RL
until 8-10-95 (per further investigation) RL DHO

## SUMMARY

| | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | ASSAULT (A) | G | G | 30 Days Pun Seg til 8/30 |
| Substitute | | | | 150 Days 2egt |
| | | | | 15 Days Loss of Res til 8/25 |

☐ Confidential information     Reliability

Documentation submitted: ☐ Incident report  ☐ Medical incident report
☐ Use of force report  ☐ Other (specify)

| Witness name | ☐ appearance |
|---|---|
| Testimony: | |

| Witness name | ☐ appearance |
|---|---|
| Testimony: | |

| Witness name | ☐ appearance |
|---|---|
| Testimony: | |

| ☐ Witness exclusion | Name | Reason |
|---|---|---|

Physical evidence, written testimony:

# Disciplinary Process Summary Report - Page 1
## Connecticut Department of Correction

CN 9504
1-14-94

(EXHIBIT D)

| Unit MWCI | Report no. RCC9-02043 | Report date 8/10/95 | Hearing date 1/9/03 |
|---|---|---|---|
| Inmate name Hernandez, Efrain | | ID no. 155161 | Housing A1-02 |

Reporting employee: Carnes
Title: LT
Investigator: C/o Lanier
Advocate: CTO Jones/Marsten
Inmate appearance: [x] yes [ ] no
Reason:

[ ] Suspended sentence
[ ] Deferred prosecution
No. of days: — Through: —
[x] Charge dismissed By: LT Edward Ramey Reason: Numerous Due Process Violations — See reverse

Continuances (dates and reasons): N/A

(Single Copy)

## SUMMARY

| | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Assault/A | NG | — | — |
| Substitute | — | — | — | — |

[ ] Confidential information
Reliability:

Documentation submitted: [x] Incident report  [ ] Medical incident report
[ ] Use of force report  [ ] Other (specify)

Witness name: N/A  [ ] appearance
Testimony: —

Witness name: N/A  [ ] appearance
Testimony: —

Witness name: N/A  [ ] appearance
Testimony: —

[ ] Witness exclusion  Name: —  Reason: —

Physical evidence, written testimony:
CN9503, CN9505, INCIDENT REPORTS,

**MITTIMUS** JD-CR-38 Rev. 9-94
C.G.S. §§ 18-23, 18-63, 18-65a, 18-70, 18-73,
19-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 929 - 932a

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.

TO OFFICER
Original to receiving facility; return copy to court.

EXHIBIT E

- [x] **JUDGMENT**
- [ ] CONTINUANCE
- [ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

TO: Any Proper Officer  #1551-01

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|---|
| CR95 64407 | HERNANDEZ EFRAIN | 5-27-70 | 7-30-96 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| COMMISSIONER OF CORRECTIONS | NEW LONDON J.D. |

- [x] CRIME(S) CONVICTED
- [ ] CRIME(S) CHARGED

| FIRST COUNT - STATUTE NO. | DATE OF OFFENSE | SECOND COUNT - STATUTE NO. | DATE OF OFFENSE | THIRD COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|---|---|
| 53a-174a WEAPON CORR INST | 7-30-95 | 53a-60 ASSAULT 2 | 7-30-95 | 53a-61 ASSAULT 3 | 7-30-95 |
| FOURTH COUNT - STATUTE NO. | DATE OF OFFENSE | FIFTH COUNT - STATUTE NO. | DATE OF OFFENSE | SIXTH COUNT - STATUTE NO. | DATE OF OFFENSE |
| 53a-61 ASSAULT 3 | 7-30-95 | | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 2 years | 4 years | 1 year | 1 year | | | 4 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Counts 1, 3 and 4 all concurrent with count 2 and with each other, and XXXXXXXXX consecutive to present sentence

PSI ATTACHED

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.

- [ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

- [ ] The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | ☐ J.D. ☐ G.A. | | |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

Purtill, J.

| SIGNED (Assistant Clerk) | | DATE SIGNED | RECEIVING FACILITY TIME STAMP |
|---|---|---|---|
| [signature] Coleman | By Order of the Court | 7-30-96 | JUL 1996 Received Northern C.I. Record's Office |

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

| NAME AND LOCATION OF RECEIVING FACILITY | | |
|---|---|---|
| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |

# Disciplinary Supplementary Information
## Connecticut Department of Correction

*EXHIBIT F*

CN 9506
4-13/93

| Addendum to: | ☐ disciplinary report RCC9506045 | ☐ disciplinary process summary |
|---|---|---|
| | ☑ disciplinary investigation report | ☐ page (specify) |

Section: Conclusion B. 2
Inmate name: Hernandez, Efrain
Unit: MWCI
Report date: 2/10/95    Time: 9ᵗʰ  ☐ a.m. ☑ p.m.

**Text (continued):**

Due to the numerous procedural discrepancies found during this investigation and the length of time that has elapsed since the incident (8 yrs) this investigator and this institution recommend a thorough review of all documentation be done by a Departmental Hearing Officer to conclude whether the inmates Due Process rights were violated.

Signed: [signature]
Title: C/O
Date: 1/2/03

Connecticut Department of Correction (EXHIBIT G)

## SUMMARY

**Facts:** (1) Disciplinary Report numbered RCC9508043 dated 8/10/1995 is being ordered by State of CT. Attorney General's Office specifically Assistant Attorney General Madeline A. Melchionne to be reheard.

(2) Inmate Hernandez #155161 was interviewed on 10/30/02 by this investigator. He admits to the charge of Assault on inmate 2/30/1995. Also states he received 4 yrs for this Assault.

(3) During course of review of this 1995 case it was found that a disciplinary report dated 2/30/95 numbered 9507191 was issued to Elvin Hernandez for Assault by staff at Corrigan CI specifically (LT Pompi). On this report are signatures from attached to Continued

**Conclusion:**
Based on this investigation it can be concluded that two separate DR's were issued to inmate Hernandez #155161 numbered RCC9507191 and RCC9508043 for the Assault on 2/30/95 at Corrigan CI. On 8/10/95 a hearing was conducted on (RCC9508043 Assault on DR). This Disciplinary report was written and issued to Hernandez on same day of hearing. On this Process Summary RCC9508043 A guilty plea is noted but on the same DR9508043 there is no guilty signature by inmate. If a hearing was held on this date A waiver of 24 hr notice should have been signed by Hernandez on this disciplinary report. Continued Pg 2

### INVESTIGATOR RECOMMENDATIONS

☐ recommend deferred prosecution
☐ recommend dismissal
☐ recommend substitute charge
☐ other, specify:

Reason:

signature: [signed]   Date: 1/6/03

Copy: inmate master file

# Disciplinary Supplementary Information
## Connecticut Department of Correction

CN 9506
4-13-93

EXHIBIT H

| Addendum to: | ☐ disciplinary report RCC9508043 | ☐ disciplinary process summary |
|---|---|---|
| | ☑ disciplinary investigation report | ☐ page (specify) |

Section: Facts Pg. 2
Inmate name: Hernandez, Efrain
Unit: MWCI
Report date: 6/10/95  Time: 5:45  ☐ a.m.  ☑ p.m.

Text (continued): Facts.

(3) and I/m Hernandez #155161, these signatures are dated 6/10/95 and appear in the guilty section of this report. (See DR 9507191.)

(4) A second disciplinary report for the same Assault of 5/20/95 numbered RCC9508043 was issued to inmate Hernandez on 6/10/95 by staff at Corrigan CI specifically (Lt. Carnes). On this date of 6/10/95 a disciplinary hearing was held for this report. (See Process Summary RCC9508043). On this DR report is the signature of Lt. Rochefort dated 6/10/95 in the guilty section.

(5) Inmate Hernandez claims at no time did he see an investigator or advocate. That his rights were violated and he was forced to plead guilty to the first DR #9507191. That he never plead guilty to the second DR#9508043 and in fact there was never a hearing held. He stated that although he admits to the Assault his rights were violated during the disciplinary process.

(6) This investigator could find no investigators report related to Disciplinary report RCC9508043.

Signed: [signature]
Title: CO
Date: 1/8/03

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| ORIGINAL INFORMATION: NO | COURT DATE: 10/18/1995 | AT: GA21 - NORWICH | DISPOSITION DATE: | DOCKET NO.: CR95-0064407-T |

(EXHIBIT I)

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office, complains, deposes, and alleges that he has reason to believe and does believe that

HERNANDEZ, EFRAIN
NORTHERN C.I. SOMERS, CT 06071

**Did commit the crimes recited below.**

Count: 001  WEAPON CORRECTION INSTITUTION  AT: MONTVILLE
On or About: 07/30/1995  In Violation Of CGS/PA No: 53a-174a

Count: 002  ASSAULT 2ND DEG  AT: MONTVILLE
On or About: 07/30/1995  In Violation Of CGS/PA No: 53a-60

Count: 003  ASSAULT 3RD DEG  AT: MONTVILLE
On or About: 07/30/1995  In Violation Of CGS/PA No: 53a-61

SEE OTHER SHEETS X FOR ADDITIONAL COUNTS

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE)
ATTY. ☒ PUB. DEFENDER: Salberi  GUARDIAN:

BOND: $25000  SURETY: ☐ CASH
REDUCTION:  B.O.:  APPEAL:
ELECTION: ☐ COURT ☐ JURY
ELECTION WITHDRAWN DATE: ☐ SEIZED PROPER.

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | DAYS IN JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 001 | 10/30/95 | NG | 05/02/96 | GY | | | 7-30-96 2 years | conc. to cts 2-4 |
| 002 | 10/30/95 | NG | 05/02/96 (alf) | GY | | | 7-30-96 4 years | conc. to cts 1, 3, 4 |
| 003 | 10/30/95 | NG | 05/02/96 (alf) | GY | | | 7-30-96 1 year | conc. to cts 1, 2, 4 |

DATE | OTHER COURT ACTION | JUDGE

* T.E.S. 4 years consec to any sent. now being served

(Costs & fees Waived)

CONTINUANCES

PROSECUTOR ON ORIGINAL DISPOSITION: Tytla
REPORTER ON ORIGINAL DISPOSITION: J. Nowak, mcr
SIGNED CLERK: Lori L. Hellum
SIGNED JUDGE:

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN

☐ SEE REVERSE SIDE

SUP. CT. JDCR 701 DP REV. 8/90

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

ORIGINAL INFORMATION: NO    COURT DATE: 10/18/1995   AT: GA21 - NORWICH

IMAGE 1570 1970
DISPOSITION DATE:
DOCKET NO.: CR95-0064407-T

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

(EXHIBIT J)

HERNANDEZ, EFRAIN
NORTHERN C.I., SOMERS, CT 06071

Did commit the crimes recited below:

Count: 004 / ASSAULT 3RD DEGREE
On or About: 07/30/1995                    AT: MONTVILLE
In Violation Of CGS/PA No.: 53a-61

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (DEPUTY ASST. STATES ATTORNEY) |

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
(JUDGE)                     (DATE)
☐ ATTY.  ☐ PUB. DEFENDER   GUARDIAN

BOND | SURETY | ☐ CASH
REDUCTION | B.O. | APPEAL
ELECTION ☐ COURT  ☐ JURY
ELECTION WITHDRAWN DATE ☐
☐ SEIZED PROPERTY

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT/FINDING | FINE | DAYS IN JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|
| 004 | 10/30/95 | NG | 05/02/96 GY (alf) | | | 7-30-96 1 year | conc. to cts 1-3 |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE / PURPOSE / REASON |

1. 2. 3. 4. 5. 6. 7. 8. 9. 10.

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN
☐ SEE REVERSE SIDE
PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE