UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EFRAIN HERNANDEZ,
    Plaintiff,

v.

JOHN J. ARMSTRONG, ET AL.
    Defendants.

CASE NO. 3:03CV00620 (RNC)

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct final pretrial conference and settlement conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A recommended ruling on the following pending motions (orefm.):

Plaintiff's Motion for Partial Summary Judgment (Doc. # 19)

So ordered.

Dated at Hartford, Connecticut this 22 day of July 2005.

Robert N. Chatigny
United States District Judge