UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EFRAIN HERNANDEZ,               :

    Plaintiff,              :

    v.                      :     CASE NO. 3:03CV620(RNC)

JOHN J. ARMSTRONG, ET AL.,      :

    Defendants.             :

## NOTICE AND ORDER

On July 15, 2005, the plaintiff filed a motion for summary judgment. (Doc. #19.) The motion, however, does not comply with the Federal Rules of Civil Procedure. Specifically, the plaintiff did not serve a copy on the opposing party in violation of Fed. R. Civ. P. 5.[1] Rule 5 requires that "every written motion . . . shall be served upon each of the parties" and that the plaintiff file a "certificate of service." Accordingly, the plaintiff's

---

[1] Fed. R. Civ. P. 5 provides in relevant part:

(a) Service: When required. Except as otherwise provided in these rules, every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties. . . .

\* \* \*

(d) Filing; Certificate of Service. All papers after the complaint required to be served upon a party, together with a certificate of service, must be filed with the court within a reasonable time after service . . . .

motion for summary judgment is DENIED without prejudice. If the plaintiff chooses to refile his motion, any new motion must comply with the notice requirements of Rule 5 of the Federal Rules of Civil Procedure.

SO ORDERED at Hartford, Connecticut this 27th day of July, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Donna F. Martinez
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge