UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | CIVIL NO. 3:03CV620 (RNC) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL., | : | AUGUST 8, 2005 |

### ANSWER AND AFFIRMATIVE DEFENSES

  The defendants, John Armstrong, et al., hereby file their answer and affirmative defenses to the plaintiff's complaint.

  I. Preliminary Statement

  Denied.

  II. Jurisdiction.

  Denied.

  III. Facts

  1. The defendants admit that, on July 30, 1995, the plaintiff was brought to segregation for an incident that occurred in G-pod in Corrigan CI, and that a disciplinary report was written by Lt. Pompi.  The remaining allegations of paragraph 1 are denied.

  2. The plaintiff is left to his proof.

  3. Denied.

  4. The defendants admit that the plaintiff's guilty plea was accepted and the plaintiff signed the disciplinary report form agreeing to this plea.  The remaining allegations are denied.

  5. The plaintiff is left to his proof.

6. With respect to the allegation that a certain habeas corpus action was assigned a certain docket number, the plaintiff is left to his proof. The remaining allegations in paragraph 6 are denied.

7. The plaintiff is left to his proof.

8. Denied.

9. The allegation that the plaintiff would not be eligible for good time credits while in administrative segregation is admitted. With respect to the remaining allegations in paragraph 9, the plaintiff is left to his proof.

10. Denied.

IV. Exhaustion of Administrative Remedies

1. The plaintiff is left to his proof..

2. The plaintiff is left to his proof.

FIRST AFFIRMATIVE DEFENSE

The plaintiff's complaint fails to state a claim upon which relief can be granted, and therefore should be dismissed.

SECOND AFFIRMATIVE DEFENSE

The defendants, in their individual capacities, are entitled to qualified immunity, since at all relevant times, the actions of the individual defendants comported with those of an objectively reasonable correctional official, and each did not knowingly violate any of the plaintiff's clearly established rights. Alternatively, the constitutional rights alleged by the plaintiff to have been violated were not clearly established at the time of the events giving rise to this action.

THIRD AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate his damages.

                              DEFENDANTS
                              JOHN ARMSTRONG

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____/s/_____
                Terrence M. O'Neill
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Federal Bar #ct 10835
                E-Mail:  terrence.oneill@po.state.ct.us
                Tel: (860) 808-5450
                Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of August, 2005:

Efrain Hernandez, No. 155161
Radgowski CI
986 Norwich-New London Tpke
Uncasville, CT 06080

                                                                                                             /s/
                                                                               Terrence M. O'Neill
                                                                               Assistant Attorney General