UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 23 A 11: 23

DISTRICT COURT
HARTFORD, CT.

EFRAIN HERNANDEZ,

    Plaintiff,

v.

JOHN J. ARMSTRONG, et al.,

    Defendant.

CASE NO. 3:03CV620(RNC)

ORDER

Pursuant to the tailored scheduling order of April 25, 2005, a joint trial memorandum was due to be filed on or before July 29, 2004. See docket number 18. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before September 19, 2005 together with a memorandum together with a memorandum explaining why it was not filed in a timely manner.

    So ordered.

    Dated at Hartford, Connecticut this 22nd day of August 2005.

Donna F. Martinez
United States Magistrate Judge