**August 31, 2005. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.**

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EFRAIN HERNANDEZ,

    Plaintiff,

v.                    CASE NO. 3:03CV620 (RNC)

COMMISSIONER ARMSTRONG, ET AL.,

    Defendants.

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_/s/ Lynn M. O'Thin_                          August 26, 2005
                                                                          Date

_____          _____
                                                                                     Date

_____          _____
                                                                                     Date

*[Handwritten margin note, left side, vertical:]* August 31, 2005. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered. Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*[Stamp:]* JUL 2 - 2003

*[Stamp:]* JUL 23 2003

Efrain Hernandez

V.

John Armstrong, et al

PRISONER
CASE NO. 3:03cv620(RNC)(DFM)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

7/7/03
Date

*[Signature: Efrain Hernandez]*
Signature of Plaintiff(s)

Efrain Hernandez
Printed/Typed Name

_____
Date

_____
Signature of Defendant(s)

_____
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.