UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EFRAIN HERNANDEZ,           :
                            :
    Plaintiff,               :
                            :
v.                          :    CASE NO. 3:03CV620 (RNC)
                            :
COMMISSIONER ARMSTRONG, ET AL., :
                            :
    Defendants.              :

REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge Donna F. Martinez.

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 31 day of August 2005.

                        _____
                        Robert N. Chatigny
                        United States District Judge