UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | CIVIL NO. 3:03CV620 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL., | : | October 6, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

The defendants, John Armstrong, et al., hereby move for an enlargement of time, nunc pro tunc, and until October 21, 2005, in which to respond to the plaintiff's motion for summary judgment. In support of this motion, the undersigned represents that the plaintiff, for the second time, did not mail a copy of his motion to defendants' counsel. Moreover, the plaintiff's motion is filed outside of the scheduling order established by the court. Defendants' counsel forwarded a draft trial memorandum to the plaintiff on August 9, 2005, and to date the plaintiff has not responded.

The plaintiff, appearing pro se, is incarcerated, and therefore the undersigned has not ascertained his position on this motion. This is the defendants' first motion for enlargement of time to file an opposition to the plaintiff's motion for summary judgment.

WHEREFORE, for the foregoing reasons, the defendants' motion should be granted.

DEFENDANTS
JOHN ARMSTRONG

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct 10835
E-Mail:  terrence.oneill@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of October, 2005:

Efrain Hernandez, No. 155161
Radgowski CI
986 Norwich-New London Tpke
Uncasville, CT 06080

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Terrence M. O'Neill
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General