UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | CIVIL NO. 3:03CV620 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL., | : | October 24, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, John Armstrong, et al., hereby move for an enlargement of time, until November 4, 2005, in which to respond to the plaintiff's motion for summary judgment. In support of this motion, the undersigned represents that, since his original motion for enlargement, he has been scheduled to proceed in an injunction hearing in New London Superior Court on October 24, 2005, and has been scheduled to argue in the Connecticut Appellate Court the following day. Preparation for these proceedings has created the need for additional time.

The plaintiff, appearing pro se, is incarcerated, and therefore the undersigned has not ascertained his position on this motion. This is the defendants' second motion for enlargement of time to file an opposition to the plaintiff's motion for summary judgment.

WHEREFORE, for the foregoing reasons, the defendants' motion should be granted.

DEFENDANTS
JOHN ARMSTRONG


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:       /s/
      Terrence M. O'Neill
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct 10835
      E-Mail:  terrence.oneill@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of October, 2005:

Efrain Hernandez, No. 155161
Radgowski CI
986 Norwich-New London Tpke
Uncasville, CT 06080

                                                                                                      _____/s/_____
                                                                                                      Terrence M. O'Neill
                                                                                                      Assistant Attorney General