UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | CIVIL NO. 3:03CV620(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL., | : | NOVEMBER 30, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, the defendants move for summary judgment. In support of their motion, the defendants assert that the undisputed material facts establish that the plaintiff was disciplined for stabbing other inmates, was convicted in a criminal court for these offenses, and that therefore the defendants are entitled to judgment as a matter of law.

Filed herewith is a memorandum of law and a statement of undisputed material facts in support of this motion.

DEFENDANTS:
JOHN ARMSTRONG, ET AL.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct10835
E-Mail: terrence.oneill@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of November, 2005:

Efrain Hernandez, No. 155161
Corrigan-Radgowski CI
986 Norwich-New London Tpke.
Uncasville, CT 06382

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General