UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EFRAIN HERNANDEZ | : | CIVIL NO. 3:03CV620(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL., | : | NOVEMBER 30, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

- **Exhibit 1** – Defendants' Local Rule 56(C)(1) and (2) Statement

These documents have not been filed electronically because:

[   ]   the documents cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabyte
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS:
JOHN ARMSTRONG, ET AL.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct10835
E-Mail:  terrence.oneill@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of November, 2005:

Efrain Hernandez, No. 155161
Corrigan-Radgowski CI
986 Norwich-New London Tpke.
Uncasville, CT 06382

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General