# Connecticut Department of Correction

1-10-94

| Unit CORRIGAN CI | Report date 7/30/95 | Report no. 9507191 |
|---|---|---|
| Inmate name HERNANDEZ, EFRAIN | I.D. no. 155161 | Housing G-226 |
| Location G-POD DAYROOM | Incident date 7/30/95 | Time 950 ☐ a.m. ☒ p.m. |
| Charge ASSAULT | | Class A |

**Description of violation:** ON THE ABOVE DATE AND TIME I OBSERVED INMATE HERNANDEZ # 155161 APPROACHED INMATE MONTANEZ # 202346 WITH WHAT APPEARED TO BE A METAL OBJECT, APPROXIMATELY 6" IN LENGTH AND SHARPENED AT ONE END. HE HAD THE OBJECT IN HIS RIGHT HAND AND STRUCK INMATE MONTANEZ IN THE CHEST ON TWO OCCASIONS AND IN THE NECK. UPON QUESTIONING, HERNANDEZ ADMITTED TO STABBING MONTANEZ AND ANYONE WHO WAS AROUND.

**Witness(es):** C/O SMITH K
C/O CLAUDIO

**Physical evidence:** METAL OBJECT APPROXIMATELY 6" IN LENGTH SHARPENED AT ONE END, SILVER IN COLOR.
* STATE POLICE AS EVIDENCE

| Reporting employee [signature] | Employee requests copy ☐ yes ☒ no |
|---|---|
| Title LIEUTENANT | Date 7·30·95  Time 10³⁰ ☐ a.m. ☒ p.m. |

## CUSTODY SUPERVISOR/UNIT MANAGER REVIEW

☒ Administrative detention  Date 7·30·95  Time 11³⁰ ☐ a.m. ☒ p.m.
☐ Interview accused  ☐ Informal disposition

Custody supervisor/unit manager signature [signature]
Title  Date 7/31/95  Time 3⁰⁰ ☒ a.m. ☐ p.m.

## INMATE NOTICE

Delivered by [signature]
Title  Date 7/31/95  Time ___ ☐ a.m. ☐ p.m.

| Investigator | Receipt date | Time | ☐ a.m. ☐ p |
|---|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## CLASS A

| | | |
|---|---|---|
| Alteration of a specimen | Escape | Riot (requires declaration by DoC Commissioner) |
| Arson | Felonious misconduct | Secreting identity |
| Assault | Fighting | Security risk group affiliation |
| Assault on a DoC employee | Flagrant disobedience | Security tampering |
| Bribery | Hostage holding | Self-mutilation |
| Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment) | Hostage holding of a DoC employee | Sexual misconduct |
| | Impeding order | Theft ($100 or more) |
| | Interfering with safety or security | Threats |
| Creating a disturbance | Intoxication | Violation of program provisions |
| Destruction of property ($100 or more) | Refusal to give a specimen | |

## CLASS B

| | | |
|---|---|---|
| Bartering | Destruction of property (under $100) | Misdemeanant misconduct |
| Causing a disruption | Disobeying a direct order | Out of place |
| Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures) | Gambling | Public indecency |
| | Giving false information | Theft (under $100) |
| | Insulting language or behavior | |

## CLASS C

| Disorderly conduct | Malingering | Sanitary/housing violation | Violation of unit rules |
|---|---|---|---|

Waiver of 24-hour notice: I hereby waive my right to a 24-hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature | |
|---|---|
| | Date |
| Witness signature | |
| | Date |

Waiver of appearance: I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature | |
|---|---|
| | Date |
| Witness signature | |
| | Date |

Guilty plea: I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature *[signed] Juan Hernandez* | Date 8-10-95 |
|---|---|
| Investigator/hearing officer signature *[signed]* | Date 8-10-95 |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator signature | |
| Inmate signature | Date |
| | Date |

TOTAL P.07

# Disciplinary Process Summary Report - Page 1
## Connecticut Department of Correction

CN 9504
1-14-94

| Unit: CORRIGAN | Report no. RCC9508043 | Report date 8/10/95 | Hearing date 8/10 |
|---|---|---|---|
| Inmate name HERNANDEZ | | ID no. 155761 | Housing SMU |
| Reporting employee CARNES | | | Title Lt |
| Investigator KITTREDGE | | | Advocate N/A |
| Inmate appearance ☐ yes ☐ no | | | Reason |

☐ Suspended sentence
☐ Deferred prosecution — No. of days — Through
☐ Charge dismissed — By — Reason

Continuances (dates and reasons): until 8-3-95 (per further investigation) RD;
until 8-10-95 (per further investigation) RD DHO

## SUMMARY

| | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | ASSAULT (B) | G | G | 30 Days Pun Seg til 8/29; 150 Days Loss of ___; 15 Days Loss of Rec til 8/25 |
| Substitute | | | | |

Reliability
☐ Confidential information

Documentation submitted:
☐ Incident report    ☐ Medical incident report
☐ Use of force report    ☐ Other (specify)

Witness name — ☐ appearance
Testimony:

Witness name — ☐ appearance
Testimony:

Witness name — ☐ appearance
Testimony:

☐ Witness exclusion | Name | Reason

Physical evidence, written testimony:



# Disciplinary Process Summary Report - Page 2
## Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding:** Inmates Guilty Plea

**Basis for sanctions:**

① Seriousness of offense
② Sanctions increased due to multiple violations 9.5 sec C.3.A
    9.5 sec B.8

### DISPOSING OFFICER

| | | |
|---|---|---|
| Hearing officer signature _Lt. [signature] Rochefort_ | Date | 8-10-95 |
| Disciplinary coordinator signature | Date | |
| Investigator signature | Date | |

### INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days.

| Delivering officer signature | Date |
|---|---|

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit CORRIGAN C.I. | Report date 8/10/95 | Report no. C9508043 |
| Inmate name HERNANDEZ, EFRAIN | I.D. no. 155161 | Housing 1.U.-W105 |
| Location G-POD | Incident date 7/30/95 | Time 9:45 ☐ a.m. ☒ p.m. |
| Charge ASSAULT | | Class A |

**Description of violation:** ON SUNDAY 7/30/95, LT. POMPI WITNESSED INMATE HERNANDEZ, E. #155161, STAB ANOTHER INMATE IN HIS UPPER BODY AT ABOUT 9:45 PM IN G-POD AS HE RESPONDED TO A CODE. HERNANDEZ USED A 6" METAL OBJECT TO INTENTIONALLY ASSAULT OTHER PERSONS.

INMATE HERNANDEZ ADMITTED STABBING SEVERAL INMATES IN G-POD ON THE ABOVE TIME AND DATE TO ME DURING AN INTERVIEW ON 8/8/95.

**Witness(es):** LT. J. POMPI

**Physical evidence:** CONFIDENTIAL → SEE CAPT. GEMMELL

| | | |
|---|---|---|
| Reporting employee K. CARNES | Employee requests copy ☐ yes ☐ no | |
| Title LIEUTENANT | Date 8/10/95 | Time 8:__ ☒ a.m. ☐ p.m. |

### CUSTODY SUPERVISOR/UNIT MANAGER REVIEW

| | | |
|---|---|---|
| ☒ Administrative detention | Date 7/30/95 | Time 10:__ ☐ a.m. ☒ p.m. |
| ☐ Interview accused | ☐ Informal disposition | |
| Custody supervisor/unit manager signature: [signature] | | |
| Title LIEUTENANT | Date 8/10/95 | Time 8:__ ☒ a.m. ☐ p.m. |

### INMATE NOTICE

| | | |
|---|---|---|
| Delivered by E. Waido | | |
| Title Correctional Officer | Date 8/10/95 | Time 9:__ ☐ a.m. ☐ p.m. |



# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN 9583
1-14-94

| Investigator | Receipt date 8/10/95 | Time 8:45 ☒ a.m. ☐ p.m |
|---|---|---|

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

### CLASS A

| | | |
|---|---|---|
| Alteration of a specimen | Escape | Riot (requires declaration by DoC Commissioner) |
| Arson | Felonious misconduct | Secreting identity |
| Assault | Fighting | Security risk group affiliation |
| Assault on a DoC employee | Flagrant disobedience | Security tampering |
| Bribery | Hostage holding | Self-mutilation |
| Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment) | Hostage holding of a DoC employee | Sexual misconduct |
| | Impeding order | Theft ($100 or more) |
| | Interfering with safety or security | Threats |
| | Intoxication | Violation of program provisions |
| Creating a disturbance | Refusal to give a specimen | |
| Destruction of property ($100 or more) | | |

### CLASS B

| | | |
|---|---|---|
| Bartering | Destruction of property (under $100) | Misdemeanant misconduct |
| Causing a disruption | Disobeying a direct order | Out of place |
| Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures) | Gambling | Public indecency |
| | Giving false information | Theft (under $100) |
| | Insulting language or behavior | |

### CLASS C

| Disorderly conduct | Malingering | Sanitary/housing violation | Violation of unit rules |
|---|---|---|---|

**Waiver of 24-hour notice:** I hereby waive my right to a 24-hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature | Date |
|---|---|
| Witness signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature | Date |
|---|---|
| Witness signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature ✗ | Date 8-10-95 |
|---|---|
| Investigator/hearing officer signature | Date |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator signature | Date |
| Inmate signature | Date |