**MITTIMUS**
JD-CR-39 Rev. 9-94
C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76
18-82, 54-2a, 54-64b, 54-82e, 64-96b, 54-97, 54-98
Pr. Bk. Sec. 920 - 932a

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

*INSTRUCTIONS TO CLERK*
*Prepare a separate Mittimus for each file.*
*TO OFFICER*
*Original to receiving facility; return copy to court.*

EXHIBIT E

- [XX] JUDGMENT
- [ ] CONTINUANCE
- [ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**TO: Any Proper Officer**   #1551/61

| | | DATE OF DISPOSITION 7-30-96 |
|---|---|---|

| DOCKET NO. CR95 64407 | NAME OF DEFENDANT HERNANDEZ EFRAIN | DATE OF BIRTH 5-27-70 | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|

| NAME AND LOCATION OF RECEIVING FACILITY COMMISSIONER OF CORRECTIONS | NAME AND LOCATION OF COURT NEW LONDON J.D. |
|---|---|

| | FIRST COUNT - STATUTE NO. 53a-174a | DATE OF OFFENSE 7-30-95 | SECOND COUNT - STATUTE NO. 53a-60 | DATE OF OFFENSE 7-30-95 | THIRD COUNT - STATUTE NO. 53a-61 | DATE OF OFFENSE 7-30-95 |
|---|---|---|---|---|---|---|
| [X] CRIME(S) CONVICTED | FOURTH COUNT - STATUTE NO. 53a-61 WEAPON CORR INST | DATE OF OFFENSE 7-30-95 | FIFTH COUNT - STATUTE NO. ASSAULT 2 | DATE OF OFFENSE | SIXTH COUNT - STATUTE NO. ASSAULT 3 | DATE OF OFFENSE |
| [ ] CRIME(S) CHARGED | ASSAULT 3 | | | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 2 years | 4 years | 1 year | 1 year | | | 4 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Counts 1, 3 and 4 all concurrent with count 2 and with each other, and
XXXXXXXXXX consecutive to present sentence

PSI ATTACHED

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

[ ] The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | [ ] J.D. [ ] G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

Purtill, J.

| SIGNED (Assistant Clerk) [signature] Coleman | By Order of the Court | DATE SIGNED 7-30-96 | RECEIVING FACILITY TIME STAMP JUL 1996 Received Northern C.I. Record's Office |
|---|---|---|---|

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

| TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER |
|---|---|---|

Case 3:03-cv-00620-DFM    Document 37-4    Filed 12/01/2005    Page 2 of 8

JP. CT. JDCP 701 DP REV. 6/90

STATE OF CONNECTICUT
SUPERIOR COURT

RIGINAL INFOR ATION:    NO    COURT DATE:    AT:
10/18/1995    GA21 — NORWICH

DOB: 05/27/1970
DISPOSITION DATE:
DOCKET NO.:    CR95-0064407-T

(EXHIBIT I)

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut in said Geographical Area on his official oath and says, complains, deposes, and alleges that he has reason to believe and does believe that

... HERNANDEZ EFRAIN
... NORTHERN C.I. SOMERS CT.

Did commit the crimes recited below:

COUNT: 001    HEARING OF FIREARMS/DANGEROUS WEAPON    AT MONTVILLE
ON OR ABOUT: 07/30/1995    In Violation Of CGS/PA No. 53a-174a

COUNT: 002    ASSAULT 2ND DEGREE    AT MONTVILLE
ON OR ABOUT: 07/30/1995    In Violation Of CGS/PA No. 53a-60

COUNT: 003    ASSAULT 3RD DEGREE    AT MONTVILLE
ON OR ABOUT: 07/30/1995    In Violation Of CGS/PA No. 53a-61

SEE OTHER SHEETS
FOR ADDITIONAL COUNTS    (SIGNED) (ASST. STATE'S ATTORNEY)

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA

| | | | BOND | SURETY | | ELECTION | |
| JUDGE) | | (DATE) | $25000 | | ☐ CASH | ☐ COURT | ☐ JURY |
| J ATTY. ☑ PUB. DEFENDER  *Sellieri* | GUARDIAN | | REDUCTION | B.O. | APPEAL | ELECTION WITHDRAWN DATE ☐ | ☐ SEIZED PROPE |

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT ORIGINAL | FINDING | | ADDITIONAL COUNTS | |
|---|---|---|---|---|---|---|---|---|
| 001 | 10/30/95 | NG | 05/02/96 GY | | 7-30-96 | *conc. to Cts 2-4* | | |
| | | | | | *2 years* | | | |
| 002 | 10/30/95 | NG | 05/02/96 GY (alf) | | 7-30-96 | *conc. to Cts 1, 3, 4* | | |
| | | | | | *4 years* | | | |
| 003 | 10/30/95 | NG | 05/02/96 GY (alf) | | 7-30-96 | *conc. to Cts 1, 2, 4* | | |
| | | | | | *1 year* | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES | | |
|---|---|---|---|---|---|
| | | | DATE | PURPOSE | REASC. |
| | * T.E.S. 4 years consec | | | | |
| | to any sent. now | | 2. | | |
| *Costs + fees waived* | being served. | | 3. | | |
| | | | 4. | | |
| | | | 5. | | |
| | | | 6. | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

| INE PAID | RECEIPT NO. | MITTIMUS DATE | | TRIAL TOWN | | |
|---|---|---|---|---|---|---|
| | | | | | | ☐ SEE REVERSE SID |

ROSECUTOR ON ORIGINAL DISPOSITION    REPORTER ON ORIGINAL DISPOSITION    SIGNED CLERK    SIGNED JUDGE

STATE OF CONNECTICUT
SUPERIOR COURT

SUP. CT. JDCR 701 DP REV. 8/90

RIGINAL INFORMATION:   NO   COURT DATE:   AT:
10/18/1995   GA21 — NORWICH

DOB: 05/27/1970
DISPOSITION DATE:
DOCKET NO.:   CR95-0064407-T

(EXHIBIT J)

The undersigned Deputy Assistant States Attorney of the Superior Court of the State of Connecticut, in said Geographical Area or in said Court of police, complains, reports, and alleges in the information to believe and does believe that

HERNANDEZ, EFRAIN

Did commit the crimes recited below:

| COURT ACTION | | | | | | | |
|---|---|---|---|---|---|---|---|

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA

JUDGE

☐ ATTY.  ☐ PUB. DEFENDER   GUARDIAN   (DATE)

BOND   SURETY
☐ CASH
REDUCTION   B.O.
APPEAL

ELECTION
☐ COURT    ☐ JURY
ELECTION WITHDRAWN DATE
☐ SEIZED PROPE

| COURT NO. | PLEA DATE | | HEAR WITHDRAWN DATE | READ OF | | DAYS IN JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|
| 004 | 10/30/95 NG | 05/02/96 GY | (alf) | | | 7-30-96 1 year | Conc. to Cts 1-3 |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES | | |
|---|---|---|---|---|---|
| | | | DATE | PURPOSE | REASO |
| | | | 1. | | |
| | | | 2. | | |
| | | | 3. | | |
| | | | 4. | | |
| | | | 5. | | |
| | | | 6. | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

INE PAID   RECEIPT NO.   MITTIMUS DATE   TRIAL TOWN
☐ SEE REVERSE SID

ROSECUTOR ON ORIGINAL DISPOSITION   REPORTER ON ORIGINAL DISPOSITION   SIGNED CLERK   SIGNED JUDGE

HAD WEAPON — (STABBER)

NAME: HERNANDEZ,EFRAIN          NUMBER:   155161          DOB: 05/27/1970
LOCATION: CORRIGAN CI          JURISDICTION: CORRIGAN CI   STATUS: SENTENCED
LOCATION ENTRY TYPE: TRANSFER AMONG DOC LOCATIONS          DATE: 03/23/1995
OFFENSE: 53A054A   MURDER                        AF        BOND:      100
SENTENCE:  MIN:   0 Y  0 M   0 D  MAX:  25 Y  0 M   0 D     DETAINERS: A
RELEASE DATES:   MIN: 00/00/0000  MAX: 08/11/2016     ESTIMATED: 09/2010
PAROLE ELIGIBILITY DATE:
SPECIAL MANAGEMENT:   MEDICAL                     PROFILE
RACE: HISPANIC        SEX: MALE      HAIR COLOR: BROWN    EYES: BROWN
HEIGHT: 5 FT 01 IN    WEIGHT: 105 LBS  MARITAL STATUS: N  DEPENDENTS: 0
EDUCATION LEVEL: 06   VET STATUS: N   MED INSURANCE:  N   MVD:
SSN: ████████         FBI #:          OTHER #:            SPBI #:
BIRTHPLACE:   NEW YORK             CITIZENSHIP: UNITED STATES
HOME ADDRESS: FPV B20 APT 107  TOWN: BRIDGEPORT      STATE: CT  ZIP:
* * * * * * * * * * * EMERGENCY CONTACT INFORMATION * * * * * * * * * * * *
NAME:  MARGARITA HERNANDEZ       RELATION: MOTHER        PH:
STREET: SAA                      TOWN: BRIDGEPORT  STATE: CT ZIP: 06608

PAROLE SUFFIX: N HEARING: MURDER     HEARING DATE:         SFRP:
PRIOR LOCATION: 137   FILE LOCATION: 140    MED FILE:
INITIAL DOC ADMISSION: 03/30/1987        LATEST DOC ADMISSION: 06/25/1992
CWH3 07/30/1995 CT DEPT OF CORRECTION  - FACE SHEET DISPLAY RT50     END

TRANSACTION: RT50   NUMBER:  00155161

7-30-95
214MHKS.

```
                          DISCIPLINARY HISTORY                    PAGE   001
   NUMBER:    155161   NAME: HERNANDEZ,EFRAIN      TOTAL TICKETS:   54
   CURRENT LOCATION:   CORRIGAN CI                 SGT BALANCE:    140
```

| DATE | SEQ | FCLTY | OFFENSE(S) | DISPOSITION(S) | AMOUNT(S) |
|------|-----|-------|------------|----------------|-----------|
| 06 30 1995 | 01 | 140 | FLAGRANT DISOBED. | PUNITIVE SEGREGATION | 015 DAYS |
| | | | | THRU 07/14/95 | |
| | | | | LOSS OF GOOD TIME | 090 DAYS |
| | | | | LOSS OF COMM. PRIV. | 030 DAYS |
| | | | | THRU 08/13/95 | |
| | | | | LOSS OF SOC.VST PRIV | 030 DAYS |
| | | | | THRU 08/13/95 | |
| 05 24 1994 | 01 | 137 | VIOL OF UNIT RULES | LOSS OF TELEPH. PRIV | 015 DAYS |
| | | | | THRU 06/16/94 | |
| 05 22 1994 | 01 | 137 | CONTRABAND CLASS A | LOSS OF SOC.VST PRIV | 030 DAYS |
| | | | | THRU 07/06/94 | |
| | | | | PUNITIVE SEGREGATION | 015 DAYS |
| | | | | THRU 06/05/94 | |
| | | | | LOSS OF GOOD TIME | -074 DAYS |
| | | | | LOSS OF TELEPH. PRIV | 030 DAYS |
| | | | | THRU 07/06/94 | |

CWH3 07/31/95  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00155161

```
                         DISCIPLINARY HISTORY                     PAGE   002
     NUMBER:     155161   NAME: HERNANDEZ,EFRAIN        TOTAL TICKETS:  54
     CURRENT LOCATION:   CORRIGAN CI                     SGT BALANCE:   140

     DATE   SEQ  FCLTY   OFFENSE(S)          DISPOSITION(S)          AMOUNT(S)
10 11 1993   01   125   DISOBEY DIRECT ORDER  REPRIMAND
04 22 1993   01   128   ASSAULT               PUNITIVE SEGREGATION 015 DAYS
                                              LOSS OF COMM. PRIV.   030 DAYS
                                              LOSS OF GOOD TIME     090 DAYS
                                              LOSS OF SOC.CORRESP.  030 DAYS
04 08 1993   01   128   MALINGERING           LOSS OF GOOD TIME     010 DAYS
                                              SUSPENDED             060 DAYS
                                              LOSS OF RECREATION    015 DAYS
12 14 1992   01   128   THREATS               PUNITIVE SEGREGATION 015 DAYS
                                              LOSS OF TELEPH. PRIV  030 DAYS
                                              LOSS OF RECREATION    015 DAYS
12 08 1992   01   128   ASSAULT               PUNITIVE SEGREGATION 015 DAYS
                                              LOSS OF COMM. PRIV.   030 DAYS
                                              LOSS OF SOC.VST PRIV 030 DAYS
10 20 1992   02   128   ASSAULT               PUNITIVE SEGREGATION 007 DAYS
                                              LOSS OF RECREATION    015 DAYS
CWH3 07/31/95  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N   NUMBER:  00155161
```

```
MOVEMENTS       NUMBER:    155161    NAME:  HERNANDEZ,EFRAIN          PAGE   1
FILE:  CORRIGAN CI                   MED FILE:
                                     DATE   SEQ    LOCATION      JUR STA
TRANSFER AMONG DOC LOCATIONS         3/23/1995 1  140 CORRIGAN CI    140  G
TRANSFER AMONG DOC LOCATIONS         2/15/1994 1  137 MACDOUGALL CI  137  G
TRANSFER AMONG DOC LOCATIONS        10/04/1993 1  125 CHESHIRE CC    125  G
SENTENCED BY COURT                   9/24/1993 1  115 OSBORN CCI     115  G
START SERVING SENTENCE (1+)          9/17/1993 1  115 OSBORN CCI     115  G
TRANSFER AMONG DOC LOCATIONS         6/15/1993 1  115 OSBORN CCI     115  U
TRANSFER AMONG DOC LOCATIONS         7/31/1992 1  128 BROOKLYN CCC   128  U
TRANSFER AMONG DOC LOCATIONS         6/26/1992 1  122 NEW HAVEN CCC  122  U
TRANSFER AMONG DOC LOCATIONS         6/25/1992 2  131 UNION AVE DC   131  U
READMISSION, CONTINUED               6/25/1992 1  123 BRIDGEPORT CC  123  U
DISCHARGED, SENTENCE TIME SERVED    12/21/1990 1  900 DISCHARGE      900  G
READMISSION W/ SENTENCE GT 1 YEAR   10/21/1988 1  111 J.R.MANSON YI  111  G
RELEASE FOR COURT APPEARANCE        10/21/1988 2  530 COURT APPEAR.  123  U
READMISSION, CONTINUED              12/09/1987 1  123 BRIDGEPORT CC  123  U
DISCHARGED, SENTENCE TIME SERVED     8/27/1987 1  900 DISCHARGE      900  L
TRANSFER AMONG DOC LOCATIONS         7/06/1987 1  111 J.R.MANSON YI  111  L
START SERVING SENTENCE (1-)          7/01/1987 1  123 BRIDGEPORT CC  123  L

CWH3  7/31/1995   CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N   NUMBER:   00155161                    ENTER FOR NEXT PAGE
```

```
                   SPECIAL MANAGEMENT PROFILE
          NAME:    HERNANDEZ,EFRAIN          NUMBER:   00155161
INMATES FROM WHOM THIS PERSON SHOULD BE SEPARATED:

                                          VERIFIED      POSTING
   NUMBER        NAME            LOCATION    (Y/N)        DATE


   00166799   VEGA,SAMUEL          ENFIELD CCI      Y         05/30/90
REASON: VEGA ACCUSED KILLING HERNANDEZ'S COUSIN     SOURCE: BONZAGNI
   00151142   VEGA,ALPHONSO        MACDOUGALL CI    Y         05/30/90
REASON: VEGA ACCUSED KILLING HERNANDEZ'S COUSIN     SOURCE: BONZAGNI
   00167774   MORALES,ORLANDO      OSBORN CCI       Y         06/26/92
REASON: TESTIFIED AGAINST HERNANDEZ(MURDER CHG)     SOURCE: C SUPVR BARONE
   00211281   PANTOJA,JIMMY        GARNER CI        Y         07/31/92
REASON: PANTOJA STABBED HERNANDEZ                   SOURCE: D/W HORN
   00143230   BROADHURST,TODD      WEBSTER CI       Y         10/30/92
REASON: HERNANDEZ ASSUALTED BROADHURST              SOURCE: D W J HALL



COMMENTS:   CTU FOR COURT     NO TRANSFER TO BRIDGEPORT CCC 08/04/92

                   CONNECTICUT DEPARTMENT OF CORRECTION -  RT42
TRANSACTION COMPLETE                 NEXT INMATE 00155161
```