STATE OF CONNECTICUT
## OFFICE OF THE CLERK
SUPERIOR COURT G.A. 19



20 Park Street, P.O. Box 980, Rockville, Connecticut 06066-0980

Telephone: (203) 870-3200

#15516/

5-3-96

EFRAIN HERNANDEZ
NORTHERN C.I.
P.O. BOX 665
SOMERS, CT, 06071

Dear Sir,

This is to acknowledge receipt of your petition for a writ of habeas corpus which has been assigned docket number __96-2171__.

Since your claim does not concern a matter arising from a criminal matter, the office of the Public Defender cannot represent you in this case.

Other sources of free representation exist, such as Legal Assistance ~~to Prisoners~~ INMATE and various law school clinics which might be of assistance to you.

Pursuant to section 119 of The Connecticut Practice Book, once counsel has filed an appearance on your behalf, this office will not accept further pleadings or correspondence not filed through your attorney.

Very truly yours,

ELI SHORT

Eli Short
Assistant Clerk

cc: Assistant Attorney General
LIST OF AGENCIES SENT

*An Equal Opportunity/Affirmative Action Employer*

C1050
REV 4.80         CONNECTICUT DEPARTMENT OF CORRECTION

(NOTICE - FILE THIS PETITION IN THE COUNTY IN WHICH YOU ARE CONFINED. SOMERS INMATES MUST FILE IN TOLLAND. FILE THE ORIGINAL AND TWO COPIES WITH THE COURT CLERK.)

INMATE NO. _155161_                    FOR SUBMISSION TO SUPERIOR COURT AT
_Efrain Hernandez_          _Eli Short 20 park St. Rockville, CT. 06066_
         (NAME OF INMATE)                              (LOCATION)
_Northern_   warden. Marcial
             986 Corrigan C.I.
             Norwich New London
VS. WARDEN LOCATION _Uncasville, CT. 06382_    _4/2/96_
                                                  (DATE)

### PETITION FOR WRIT OF HABEAS CORPUS

1. DETAILS OF CONVICTION AND SENTENCE (S) NOW BEING SERVED:
   1a. LOCATION OF COURT _DOC At Corrigan C.I._
   1b. DATE OF ARREST _7/30/95_
   1c. DATE OF GUILTY PLEA (IF ANY) _8/10/95_
   1d. DATE OF SENTENCING _8/10/95_
   1e. NAME OF SENTENCING JUDGE _L.T. Kittredge_
   1f. SENTENCE (S) _30 days punitive seg. 150 days L.C.G.T and 15 days Lost of Rec. and_
                         (SPECIFY INDIVIDUAL COUNTS)
   _including Administrative Segregation._
                         (CONCURRENT OR CONSECUTIVE)
   1g. TOTAL EFFECTIVE SENTENCE _Administration Segregation, don't know how long I'll be here._
   1h. TOTAL TIME IN JAIL BEFORE SENTENCING: _38 months_ DAYS.
   1i. NAME OF LAWYER _was not appointed an advocate_
   1j. I PLEADED GUILTY _yes_
       I DID NOT PLEAD GUILTY BUT WAS CONVICTED BY A JURY _I pleaded guilty_
       OR A JUDGE _and was convicted by the investigation officer._

2. DID YOU APPLY FOR SENTENCE REVIEW? _____(YES) _N-A_ (NO). IF YES, WHAT WAS THE RESULT? _N-A_

3. DID YOU APPEAL YOUR CONVICTION? _____(YES) _N-A_ (NO).
   3a. WHAT ISSUES DID YOU APPEAL? _N-A_

MIS/cms

Petition for Writ of Habeas Corpus
Inmate No. __15516 1__

3b. DID YOU APPEAL THE ISSUE YOU CLAIM IN THIS PETITION AND IF NOT, WHY? __N-A__

3c. RESULTS OF YOUR APPEAL __N-A__

3d. WHO WAS YOUR LAWYER FOR THE APPEAL? __N-A__

4. HAVE YOU FILED ANY OTHER HABEAS CORPUS PETITIONS? __N-A__
   (YES)_____ (NO) __N-A__

4a. IN WHAT COURT? __N-A__

4b. STATE THE DOCKET OR CASE NUMBERS __N-A__

4c. HAVE YOU RAISED THE ISSUE IN THIS PETITION IN ANY OF THE OLD PETITIONS? __
   (YES) __N-A__ (NO).

4d. IF NOT, WHY NOT? __Because This is my first complaint__

## NOTICE

IT IS NOT ENOUGH TO MAKE GENERAL ALLEGATIONS USING CONSTITUTIONAL TERMS SUCH AS "DUE PROCESS" OR "CRUEL AND UNUSUAL PUNISHMENT." IN FACT THESE TERMS NEED NOT BE USED AT ALL. YOU MUST STATE YOUR CLAIM CLEARLY, SIMPLY AND DIRECTLY IN LANGUAGE YOU CAN UNDERSTAND. IT IS NOT NECESSARY TO CITE CASES. FAILURE TO BACK UP YOUR CLAIM WITH UNDERSTANDABLE FACTUAL ALLEGATIONS COULD MEAN THAT A JUDGE WILL DENY YOUR PETITION BEFORE YOU EVER GET TO COURT. IN OTHER WORDS, WHAT YOU STATE HERE MUST SHOW THE JUDGE THAT YOU REALLY HAVE A PROBLEM AND ARE NOT JUST USING THE SYSTEM FOR YOUR OWN AMUSEMENT, FOR A USELESS TRY TO BE RELEASED, OR TO HARASS THE PRISON.

ALSO, SINCE THIS PETITION MUST BE SWORN TO UNDER OATH, ANY FALSE STATEMENT IN IT COULD RESULT IN A CONVICTION FOR FALSE STATEMENT. (C.G.S. 53A-157).

THIS FORM IS INTENDED TO ASSIST YOU IN GIVING ENOUGH INFORMATION TO THE COURT OR YOUR ATTORNEY. YOU MAY PREPARE YOUR OWN PETITION IF YOU WISH, BUT YOU MUST BE AS DETAILED ABOUT YOUR CLAIM AS IS THIS FORM OR YOUR PETITION COULD BE RETURNED TO YOU.

I HAVE READ THE ABOVE NOTICE __Efrain Hennrley__
(SIGNATURE OF PETITIONER)

Petition for Writ of Habeas Corpus
Inmate No. 155161

(YOU MAY ANSWER ONLY QUESTIONS 5 OR 6, NOT BOTH. IF YOU HAVE A CLAIM RELATING TO BOTH, FILL OUT ANOTHER FORM).

5.  THIS PETITION CLAIMS THAT MY CONVICTION WAS ILLEGAL BECAUSE:
    5a. GUILTY PLEA NOT VOLUNTARY  N-A
    5b. PLEA BARGAIN WITH PROSECUTOR NOT FOLLOWED  N-A
    5c. SENTENCING ILLEGAL  N-A
    5d. TRIAL IRREGULARITY  N-A
    5e. MY ATTORNEY DID NOT REPRESENT ME PROPERLY  N-A
    5f. ILLEGAL ARREST, SEARCH OR ADVICE OF RIGHTS  N-A
    5g. MENTAL STATE AT PLEA OR TRIAL WAS  N-A
    5h. OTHER  N-A
    (SPECIFY)
    5i. STATE ALL FACTS AND DETAILS TO SUPPORT YOUR CLAIM:
    I was not giving an impartial hearing.

    (USE ADDITIONAL PAGES, IF NECESSARY)

6.  I CLAIM THAT MY CONFINEMENT AT THIS INSTITUTION IS ILLEGAL BECAUSE:
    6a. INCORRECT JAIL TIME CREDITED TO ME. TOTAL CREDITED IS  N-A  DAYS;
        I THINK IT SHOULD BE  N-A  TOTAL DAYS.
    6b. GOOD TIME CALCULATED INCORRECTLY. TOTAL DAYS CREDITED  N-A ; I
        THINK THE TOTAL DAYS SHOULD BE  N-A  DAYS.
    6c. PRISON HEARING ON PAROLE  N-A , FURLOUGH  N-A , DISCIPLINE  N-A ,
        CLASSIFICATION  N-A , OTHER  N-A  ARE BEING DENIED OR ARE
        (SPECIFY)
        IMPROPER BECAUSE  N-A

    6d. THE CONDITIONS HERE ARE INHUMANE OR DANGEROUS TO ME BECAUSE:
        N-A
    6e. THE MEDICAL  N-A , DRUG  N-A , ALCOHOL  N-A , MENTAL HEALTH  N-A
        TREATMENT PROGRAM HERE IS:  N-A

Page 4 of 5

Petition for Writ of Habeas Corpus
Inmate No. 155161

6f. A GUARD N-A, INMATE N-A, OTHER PERSON N-A
(SPECIFY)
NAME N-A HAS DONE THE FOLLOWING N-A
(IF KNOWN)
N-A

6g. OTHER (BE SPECIFIC OR USE THIS SPACE TO COMPLETE ABOVE ANSWERS IF NEEDED) N-A

6h. STATE ALL FACTS AND DETAILS REGARDING YOUR CLAIM. I would like to have a new hearing since I wasn't given a fair hearing and I've been suffering from mental anguish. I've lost weight and lost plenty of good time.

(USE ADDITIONAL PAGES. IF NECESSARY)

I AM ASKING THE COURT TO:
1. LET ME WITHDRAW MY GUILTY PLEA   N-A
2. ORDER NEW TRIAL OR RELEASE ME   N-A
3. CORRECT THE INSTITUTIONAL CONDITION COMPLAINED OF   N-A
4. OTHER (SPECIFY)   N-A

I DO N-A DO NOT _____ WANT AN ATTORNEY TO REPRESENT ME IN THIS CLAIM.

4/2/96
(DATE SIGNED)

Elrain Hernandez
(SIGNATURE OF PETITIONER)

STATE OF CONNECTICUT. COUNTY OF Tolland, BEING DULY SWORN,
STATES THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF HIS KNOWLEDGE.

CHRISTINE A. MATLEGA
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2000

Christine A. Matlega
(NOTARY PUBLIC)

4/2/96
(DATE NOTARIZED)

Petition for a Writ of Habeas Corpus
Inmate No. 155161

## APPLICATION FOR WAIVER OF FEES

I, __Efrain Hernandez__, THE PETITIONER HEREIN AM WITHOUT FUNDS AND AM UNABLE TO PAY COURT ENTRY FEES AND COSTS OR TO ENGAGE AN ATTORNEY. I HAVE $ __000__ IN MY PRISON ACCOUNT AND TOTAL ASSETS VALUED AT $ __000__. I ASK THE COURT TO WAIVE FEES AND COSTS HAVING TO DO WITH THIS PETITION.

_Efrain Hernandez_
(PETITIONER)

STATE OF CONNECTICUT, COUNTY OF __Tolland__ PETITIONER, HAVING BEEN DULY SWORN, STATES THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF HIS KNOWLEDGE.

_Christine A. Matlega_
(NOTARY PUBLIC)

CHRISTINE A. MATLEGA
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2000

4/2/96
(DATE)

Efrain Hernandez # 155161                                    4/2/96

51. State all facts and details to support your claim:

On 7/30/95 an incident occurred with myself and several other inmates at Corrigan C.I., afterward I was place the segregation unit until further investigation. While in segregation Corrigan I waited to be served with a ticket that was pertaining the incident. Ten day after the incident and still I didn't receive copy of the suppose ticket in which under the Administrative Directive 9.5 section 19 states that I should of gotten served with ticket in within 24 hours prior to the incident. I also like to state that there weren't any investigation on my part in which it also state in the Administrative Directive 9.5 section 20, 21, and 22 that there should of been one. I also should of gotten an opportunity to choose an advocate. I would also like mention that I wasn't given a copy of the original ticket because the ticket was misplaced and therefore ten days later another ticket was written by T. Carnes base on reports that he read and he claims that in an interview we had on a P/C package that I confess to stabbing these inmates in which this interview had nothing to do with the ticket. Every rule from the Administration Directive was violated. I also like to state that under the Administrative Directive 9.5 section 16, T. Carnes wasn't an eye witness so therefore he had no right to write me a D.R.

4-2-96

Christine A. Matlega