

RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 13, 2002

Lead Warden Brian K. Murphy
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

Re: Efrain Hernandez v. Warden
Docket No. 96-2171; Inmate #155161

Dear Warden Murphy:

Inmate Efrain Hernandez filed a petition for writ of habeas corpus alleging that he was improperly given a d/r on July 30, 1995 for Assault. Inmate Hernandez pled guilty to the d/r.

Nevertheless, as a compromise in the habeas action, I offered to provide inmate Hernandez with a new hearing on this d/r. I represented to the Court and Hernandez that this hearing would likely take place within the next couple of weeks. I further represented that the d/r would be based upon the same thorough investigation and that inmate Hernandez would have an opportunity to plead "not guilty" to the charge.

For your convenience I have enclosed a copy of the d/r as well as the investigation of this incident. Would you please arrange for inmate Hernandez to have a new hearing and contact me after this has been done.

Please call me if you have any questions.

Thank you for your help with this file.

Very truly yours,

Madeline A. Melchionne
Assistant Attorney General

MAM/bjo
Enc.

Cc: Lieutenant Raymond Rochefort
Security Division, Department of Correction