# Disciplinary Process Summary Report - Page 1
## Connecticut Department of Correction

(EXHIBIT D)

CN 9504
1-14-94

| Unit: MWCI | Report no. RCC9-08043 | Report date 8/10/95 | Hearing date 1 9 0 |
|---|---|---|---|
| Inmate name: Hernandez, Efrain | | ID no. 155161 | Housing A1-02 |

| Reporting employee: Cormier | Title: LT |
|---|---|
| Investigator: C/O Cormier | Advocate: CTO Jones/MARSTEN |
| Inmate appearance: ☒ yes ☐ no | Reason: |

☐ Suspended sentence
☐ Deferred prosecution  | No. of days | Through
☒ Charge dismissed  By: Lt Edward Ramos  Reason: Numerous Due Process Violations — See reverse

Continuances (dates and reasons): N/A

(Single Copy)

## SUMMARY

| | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Assault/A | NG | — | — |
| Substitute | — | — | — | — |

☐ Confidential information    Reliability:

Documentation submitted: ☒ Incident report   ☐ Medical incident report
                         ☐ Use of force report  ☐ Other (specify)

| Witness name: N/A | ☐ appearance |
|---|---|
| Testimony: — | |

| Witness name: N/A | ☐ appearance |
|---|---|
| Testimony: — | |

| Witness name: N/A | ☐ appearance |
|---|---|
| Testimony: — | |

☐ Witness exclusion  Name:   Reason:

Physical evidence, written testimony:
CN9503, CN9505, INCIDENT REPORTS,

13.



# Disciplinary Process Summary Report - Page 2
## Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding:**
- Contradicting documents
- no record of hearing
- no record of investigation
- time since incident
- witnesses unavailable

**Basis for sanctions:**
N/A

DISPOSING OFFICER: 1-7-02

| | | |
|---|---|---|
| Hearing officer signature  Lt Edward Ramirez | Date | 1/9/02 |
| Disciplinary coordinator signature | Date | |
| Investigator signature | Date | |

### INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days.

| Delivering officer signature | Date | 1/8/02 |
|---|---|---|

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file