HERNANDEZ, #155161        VS.        CV-96-0002171-S(CGT)
WARDEN, STATE PRISON

PLEASE BE ADVISED THAT THE FOLLOWING ORDER HAS
BEEN ENTERED IN THE ABOVE CASE:
THIS COURT DISMISSES THIS PETITION UNDER
SECTION 23-29, SUBSECTION 4 OF THE CONNECTICUT
PRACTICE BOOK ON THE GROUND THAT THE PETITIONER
HAVE RECEIVED ALL THE RELIEF SOUGHT AND
THEREFORE HIS CLAIM IS MOOT.  JUDGMENT OF
DISMISSAL IS ENTERED IN THIS CASE.

BY THE COURT, (FUGER, J)        02-05-2003

NOTICE SENT 02-06-03 TO ALL PARTIES OF RECORD
ILYA PRESS/TAC

AAG MADELINE A MELCHIONN
ATTY GEN-PUBLIC SAFETY
110 SHERMAN STREET
HARTFORD        CT 06105

SUPERIOR COURT
20 PARK STREET
P.O. BOX 980
ROCKVILLE, CT        06066

DATED: FEB 06, 2003
TSR



RECEIVED

FEB 10 2003

ATTORNEY GENERAL'S OFFICE
PUBLIC SAFETY & SPECIAL REVENUE