Exhibit A

Exhibit A

Facility ___N4CC___      Report date _7-30-92_

Inmate name ___Hernandez, Efram___     Time   ☐ a.m.   ☒ p.m.

Staff name _____      I.D. number _155161_

Incident report submitted   ☒ Yes   ☐ No  | Number      Date _7-30-92_

Treatment location

___MED. Unit___

Injury description (must be completed if no other report):

States he was attacked while in shower w a razor
via another inmate. Received numerous laceration
on upper trunk and extremities. Injury to Ⓡ hand
from punching.

Diagnosis: Numerous lacerations on upper trunk + extremities.
Most areas superficial, area on left arm
requires suturing.
?# Ⓡ Hand.

Treatment administered: Laceration areas cleansed + bandaged
7#

Followup required: Sent to Y/N HH ER
Ⓡ hand to be X-rayed.

Placement after treatment

Observations/remarks:

CONFIDENTIAL INFORMATION
The confidentiality of this record is required under
Chapter 899 of the Connecticut General Statutes. This
material shall not be transmitted to anyone without
written consent or other authorization as provided in
the aforementioned statutes.

Patient signature _Unable to sign D injured hand_   Date _7-30-92_

Medical staff signature _M Miller RN_    Date _7-30-92_

          Date

Exhibit B

CCIS-610
REV. 12/82    CONFIDENTIAL INFORMATION
The confidentiality of this record is required under
Chapter 899 of the Connecticut General Statutes. This
material shall not be transmitted to anyone without
written consent or other authorization as provided in
the aforementioned statutes.

CONNECTICUT DEPARTMENT OF CORRECTION
INMATE MEDICAL FILE

## MEDICAL CONSULTANT'S REPORT

CONSULTANT IN **Yale NH**          FACILITY **ER**          DATE **7-30-92**

PATIENT'S NAME **Hernandez, Efrain** AGE **5-27-70** INMATE # **155161**

IMPORTANT CLINICAL DATA:

Inmate was cut-up with a razor blade via
another inmate - Please treat & recommend
Injury to ® hand - please X-ray

ATTENDING PHYSICIAN **Dr Parisi / M Miller**

CONSULTANT'S REPORT _____ DATE _____

Sutures Out In 7-10 DAYS

[struck through] was displaced 4th metacarpal fx
⟹ Splinted. → Needs F/u 1-2 wks
@ orthopedics hand clinic, WEDNSDAY AM.
(785-4077.)

CONSULTANT'S REQUESTS

SIGNED BY NURSE WHEN ORDERED:
Pharm: _____
LAB: _____
X-RAY: _____
OTHER: _____

EXAMINING PHYSICIAN _____

REVIEWED: _____

Exhibit C

# Disciplinary Supplementary Information
## Connecticut Department of Correction

CN 8506
4-13/93

| Addendum to: | ☐ disciplinary report RCC9506043 | ☐ disciplinary process summary |
|---|---|---|
| | ☑ disciplinary investigation report | ☐ page (specify) |

Section _Conclusion B.2_

Inmate name _Hernandez, Efrain_

Unit _MWCI_

Report date _8/10/95_     Time _9_ ☐ a.m. ☑ p.m.

Text (continued):

Due to the numerous procedural discrepancies, found during this investigation and the length of time that has elapsed since the incident (8 yrs) this investigator and this institution recommend a thorough review of all documentation be done by a Departmental Hearing officer to conclude whether the inmates Due Process rights were violated.

Signed _____

Title _C6_

Date _1/2/07_

Exhibit D

# Disciplinary Supplementary Information
## Connecticut Department of Correction

CN 9806
4-13-93

| Addendum to: | ☐ disciplinary report RCC9508043 | ☐ disciplinary process summary |
|---|---|---|
| | ☑ disciplinary investigation report | ☐ page (specify) |

Section _Facts   Pg. 2_

Inmate name _Hernandez, Efrain_

Unit _MWCI_

Report date _6/10/1555_          Time _6⁴⁵_  ☐ a.m.  ☑ p.m.

Text (continued):      Facts.

③ and Inm Hernandez #155161, these signatures are dated 6/10/95 and appear in the guilty section of this report. (See DR 9507191.)

④ A second disciplinary report for the same Assault of 7/20/95 numbered RCC9508043 was issued to inmate Hernandez on 8/10/95 by staff at Carrigan CI specifically (Lt. Carver). On this date of 8/10/95 a disciplinary hearing was held for this report. (See Process Summary RCC9508043). On this DR report is the signature of Lt. Rachetot dated 8/10/95 in the guilty section.

⑤ Inmate Hernandez claims at no time did he see an investigator or advocate. That his rights were violated and he was forced to plead guilty to the first DR #9307191. That he never plead guilty to the second DR #9508043 and in fact there was never a hearing held. He stated that although he admits to the Assault his rights were violated during the disciplinary process.

⑥ This investigator could find no investigators report related to Disciplinary report RCC9508043.

Signed _____

Title _____          Date _1/8/03_

Exhibit E

# Disciplinary Process Summary Report - Page 1

Case 3:03-cv-00620-DPM   Document 38-2   Filed 12/12/... Page 12

## Connecticut Department of Correction

| Unit MWCI | Report no. RCC9-08043 | Report date 8/10/95 | Hearing date 1 9 0 |
|---|---|---|---|

| Inmate name Hernadez, Efrain | ID no. 155161 | Housing 11-02 |
|---|---|---|

| Reporting employee Gomes | Title LT |
|---|---|

| Investigator clo Cormier | Advocate CTO Jones/MARSTEN |
|---|---|

| Inmate appearance ☑ yes ☐ no | Reason |
|---|---|

☐ Suspended sentence

| ☐ Deferred prosecution | No. of days | Through |
|---|---|---|

☒ Charge dismissed   By Lt Edward Ramos   Reason Numerous Due Process Violations See reverse

Continuances (dates and reasons):
N/A   Single Copy   (→)

## SUMMARY

|  | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Assault/A | NG | — |  |
| Substitute | — | — | — | — |

☐ Confidential information

Reliability

Documentation submitted: ☒ Incident report   ☐ Medical incident report
☐ Use of force report   ☐ Other (specify)

| Witness name N/A | ☐ appearance |
|---|---|
| Testimony: — | |

| Witness name N/A | ☐ appearance |
|---|---|
| Testimony: — | |

| Witness name N/A | ☐ appearance |
|---|---|
| Testimony: — | |

| ☐ Witness exclusion | Name | Reason — |
|---|---|---|

Physical evidence, written testimony:
CN9503, CN9505, INCIDENT REPORTS,

Case 3:03-cv-00620-DFM   Document 38-2   Filed 12/12/2005   Page 11 of 12

**Basis for finding:**

- Contradicting documents
- no record of hearing
- no record of investigation
- time since incident
- witnesses unavailable

**Basis for sanctions:**

N/A

(21-02)

DISPOSING OFFICER

| | | |
|---|---|---|
| Hearing officer signature *H Edward Ramos* | Date | 1/9/03 |
| Disciplinary coordinator signature | Date | |
| Investigator signature | Date | |

**INMATE NOTICE**

You may appeal a finding of guilty by a hearing officer within 15 days.

| | | |
|---|---|---|
| Delivering officer signature | Date | 1/8/02 |

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file

CERTIFICATION

This is to certify that one (1) copy of the foregoing was mailed, first-class postage prepaid, to counsel for the defendants, TERRENCE M. O'NEIL, ESQ., 110 Sherman Street, Hartford, Ct 06105, on December 7, 2005.

Efrain Hernandez

EFRAIN HERNANDEZ
Your plaintiff