UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 24  P 3: 10
DISTRICT COURT

EFRAIN HERNANDEZ,                :

      Plaintiff,                :      CASE NO. 3:03CV620 (DFM)

v.                               :

JOHN ARMSTRONG, ET AL.,          :

      Defendants.

## JUDGMENT

This action having come on for consideration of the plaintiff's Motion for Summary Judgment (doc.#26) and the defendants' Motion for Summary Judgment (doc.#34) before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling on March 23, 2006, denying the plaintiff's Motion for Summary Judgment (doc.#26) and granting the defendants' Motion for Summary Judgment (doc.#34).

ORDERED, ADJUDGED, AND DECREED that the judgment be and hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 24th day of March, 2006.

                                KEVIN F. ROWE, CLERK

                                By:  /s/
                                  Robert K. Wood
                                  Deputy Clerk

EOD_____